

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2022

No. 04-22-00181-CV

**IN RE THE STATE OF TEXAS**

From the County Court, Gillespie County, Texas
Trial Court No. JV-0018CCL
Honorable Christopher G. Nevins, Judge Presiding

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Patricia O. Alvarez, Justice
                Beth Watkins, Justice
                Lori I. Valenzuela, Justice

In March 2022, relator filed a petition for writ of mandamus complaining of the trial court's March 23, 2022 order regarding a cell phone and a Jeep, and a motion requesting a stay of the order. On April 1, 2022, this court stayed decretal paragraphs 3, 4, 5, 6, and 8 of the trial court's order that pertained to the cell phone and the Jeep. On August 31, 2022, this court issued an opinion granting in part and denying in part relator's petition for writ of mandamus.

On September 2, 2022, relator filed a motion for rehearing and motion for en banc reconsideration of that portion of our April 1st opinion regarding the Jeep. Relator also filed a motion asking this court to continue the stay of decretal paragraphs 4 and 8 pertaining to the Jeep. We GRANT relator's request and the following portion of decretal paragraph 4 and the entirety of decretal paragraph 8 are STAYED pending resolution of the motion for rehearing and motion for en banc reconsideration:

> 4. The Court orders that [parents of complaining witness] are to bring for inspection the Jeep where the alleged incident occurred . . . in the possession of and/or owned by [parents of complaining witness] be brought and presented to the Court for the Court, and Court only, for in-camera inspection.
> [and]
> 8. The Court hereby ORDERS that the Jeep be presented for a thirty-minute (30) inspection at a location agreed to by the parties. The Respondent, Respondent's

---

[1] This proceeding arises out of Cause No. JV-0018CCL, styled *In the Matter of M.A.C.S.C., a Juvenile*, pending in the County Court, Gillespie County, Texas, the Honorable Christopher G. Nevins presiding.

attorneys and/or agents, representatives of the State, and the [parents of complaining witness] may be present. The inspections shall happen immediately after the hearing on April 4th at an agreed-to location. If no location can be agreed to by the parties, the inspection shall happen at the back of the Gillespie County Jail at the Law Enforcement Center in a place recorded by security cameras.

It is so **ORDERED** on September 9, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

